DANIEL P. MARR and others *v.* WILLIAM BARNES.

The proprietors of a cotton yard and press, will be responsible for cotton deposited
with them, and not accounted for.

A motion requiring plaintiff to state more clearly his cause of action, is too late
after an answer to the merits.

THE defendant is appellant from a judgment of the Commercial
Court of New Orleans, *Watts,* J., in favor of the plaintiffs, com-
mercial partners in New Orleans, trading under the firm of Marr,
Brown & Co.

*Elmore* and *King,* for the plaintiffs.

*Collins,* for the appellant.

GARLAND, J.    This suit is instituted to recover the value of a
quantity of cotton in bales, which the plaintiffs stored in the ware-
house of defendant, and which was never returned or accounted for,
at the rate of $64 33 per bale. In the petition and account annexed,
nineteen bales are alleged to have been lost; but an examination
of the testimony shows that although twenty two bales were for a
time in controversy, that in fact, but thirteen were lost, and for the
value of them the plaintiffs have judgment.

The counsel for the plaintiffs have urged us to amend the judg-
ment, alleging that the judge of the Commercial Court had made
an error in calculation against them; but an examination of the
record shows, that the judge detected the error before he signed
the judgment, and corrected it.    The counsel has probably been
led into the mistake by not observing the discrepancy between the
sums stated in the reasons of the judge and in the judgment itself,
which was signed some days after the reasons were read in court.

The defendant, in his points, says that there is error apparent
on the face of the record, the court below having overruled a
motion made by his counsel, requiring the plaintiffs to set forth
more particularly the cause of action.    We do not think the judge
erred.    The petition, with the account annexed, seems to state the
cause of action clearly enough to be understood by an ordinary
mind; but if not, we think the motion came too late, it being after
an answer to the merits was filed.

*Judgment affirmed.*